# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3574

_____

CHRISTOPHER PITTMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Wade Mercer, Judge.

April 22, 2019

PER CURIAM.

    Christopher Pittman appeals his convictions for trafficking in cocaine (400 grams or more) and trafficking in methamphetamine (200 grams or more) arguing the trial court erred in denying his motions for mistrial. Each of his two motions sought a mistrial for improper testimony. We find no abuse of discretion in the denial of the respective motions as neither instance of allegedly improper testimony vitiated the entire trial. *See England v. State*, 940 So. 2d 389 (Fla. 2006).

    Accordingly, the convictions are AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael Ufferman, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.